UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 02-61191-CIV-HUCK

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.

    Plaintiff,

vs.

FRANK L. AMODEO and JAMES
SADRIANNA,

    Defendants.
_____/



## AFFIDAVIT IN SUPPORT OF MOTION TO TRANSFER VENUE

STATE OF FLORIDA
COUNTY OF ORANGE

    Before me, the undersigned authority, appeared James V. Sadrianna, and, being sworn, deposed and said as follows:

1. Affiant is a defendant in this case and has personal knowledge of the facts herein stated.

2. This action could properly have been brought in the United States District Court for the Middle District of Florida or the United States Bankruptcy Court for the Middle District of Florida.

3. Defendants, James V. Sadrianna and Frank L. Amodeo, reside in Central Florida in the Middle District of Florida.

4. On April 30, 2002, Smith International Enterprises, Inc. filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.



5. On August 26, 2002, the case was converted to Chapter 7.

6. On August 26, 2002 (E.O.D. 1007), the bankruptcy court denied a motion by Merrill Lynch to transfer venue of the bankruptcy case to the Southern District.

7. Attached hereto is a true and correct copy of a joint venture agreement between Signature Graphics, Inc. and Smith International Enterprises, Inc. dated May 22, 2002.

8. All of the officers of Signature Graphics, Inc. reside in Central Florida, in the Middle District of Florida.

9. All of the directors of Signature Graphics, Inc., reside in Central Florida in the Middle District of Florida.

10. Attached hereto is a list of shareholders of Signature Graphics, Inc. as of June 30, 2002. Of those shareholders, all reside in or have their principal place of business in Central Florida in the Middle District of Florida except Craig A. Block, Jonathan R. Geller and Q.A.I. Services, Inc. Many of the books and records of Smith International Enterprises, Inc. are in Orlando, FL, and the Bankruptcy Court in the Middle District of Florida has exclusive jurisdiction has exclusive jurisdiction of all property of Smith. 28 U.S.C. § 157.

11. The books and records of Signature Graphic, Inc. are located in Orlando, FL.

12. Given the presence of the two parties who are natural persons, the majority of the witnesses and of the pertinent records to this lawsuit, and given that Smith International Enterprises, Inc. is in a pending bankruptcy case in the Middle District of Florida, this case should be transferred to the Middle District of Florida for the convenience of the parties and witnesses and in the interest of justice.

FURTHER AFFIANT SAYETH NAUGHT.

James V. Sadrianna

The foregoing instrument was acknowledged before me this 8th day of October, 2002, by James V. Sadrianna, who is personally known to me or who has produced FDL #S365 458 592 610 as identification and who did take an oath and who, after first being duly sworn, deposed and said that the statements in the foregoing affidavit are true and correct, to the best of his knowledge and belief.

Sworn to and subscribed to before me this 8th day of October, 2002.

Notary Public
My commission expires:



Wade F. Liles
Commission # CC 924736
Expires April 3, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

Respectfully submitted,

I HERBY CERTIFY that a true and correct copy of the foregoing has been furnished by Express Mail this 8th day of October to Counsel for Merrill Lynch, John A. Anthony, Esquire, Gray, Harris, Robinson, Shackleford, Farrior, P. O. Box 3324, Tampa, FL 33601.

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL  32836
Phone          407-351-5033
Facsimile     407-351-1407

FROM : LARRY S HYMAN CPA          FAX NO. : 813 251 6534          May. 23 2002 09:08AM P3

# SMITH INTERNATIONAL ENTERPRISES

2625 EDGEWATER DRIVE
ORLANDO, FLORIDA 32804

Telephone    (407) 254-0011
Fax          (407) 423-8516

May 22, 2002

Michael Horton
President
Signature Graphics, Inc.
Skyview Plaza
7611 S. Orange Blossom Trail
PMB 200
Orlando, Florida 32809

Re:   Joint Venture Agreement

Dear Mr. Horton:

Smith International Enterprises, Inc. is currently unable to obtain materials to produce product and meet its payroll obligations. Smith International Enterprises agrees to enter into a joint venture with Signature Graphics, Inc. whereby Signature Graphics, Inc. will obtain selected customers.

In exchange for obtaining these selected customers, Signature Graphics, Inc. agrees to pay for all materials and labor related to production of sales for such selected customers. Smith International Enterprises, Inc. will pay for the plant and support services related to production of sales for such selected customers.

After Signature Graphics, Inc. has collected and reimbursed itself for the direct cost of a specific job for a customer, Signature Graphics agrees to split the difference on the specific job with Smith International Enterprises, Inc. and pay the difference to Smith Enterprises, Inc. within ten (10) days.

If you agree to the terms of this letter agreement please sign below.

Very truly yours,

_____           _____
Frank L. Amodeo                            Michael Horton
President                                  President
Smith International Enterprises, Inc.      Signature Graphics, Inc.

| Signature Graphics, Inc. | | | |
|---|---|---|---|
| Stock Ownership | | | |
| As of June 30, 2002 | | | |
| Individual/Entity | Total Shares | Current % Ownership | Diluted % Ownership |
| Michael & Marcia Horton | 707,529 | 15.72% | 14.15% |
| CPD Settlement Trust | 507,212 | 11.27% | 10.14% |
| Morris Davis | 202,885 | 4.51% | 4.06% |
| Davis & Davis Consulting | 126,803 | 2.82% | 2.54% |
| Davis Data Printing, Inc. | 152,164 | 3.38% | 3.04% |
| Q.A.I Services, Inc. | 126,803 | 2.82% | 2.54% |
| Advanced International Strategies, Inc. | 50,721 | 1.13% | 1.01% |
| Sadge Investments, Inc. | 50,721 | 1.13% | 1.01% |
| JLC Holding | 200,000 | 4.44% | 4.00% |
| JLC Holding | 403,101 | 8.96% | 8.06% |
| Credix Corporation | 511,283 | 11.36% | 10.23% |
| Tellus International | 511,823 | 11.37% | 10.24% |
| Thomas A. Gay | 27,759 | 0.62% | 0.56% |
| Bruce Blackton | 55,355 | 1.23% | 1.11% |
| Hugh K. Tollison | 49,792 | 1.11% | 1.00% |
| H.A.T. Properties | 27,673 | 0.61% | 0.55% |
| Jerry Gay | 16,624 | 0.37% | 0.33% |
| Susan Ann Thompson | 11,043 | 0.25% | 0.22% |
| Allen F. Horton | 11,000 | 0.24% | 0.22% |
| Kenny Koo | 250,000 | 5.56% | 5.00% |
| Tyler Denson | 22,000 | 0.49% | 0.44% |
| Kirk Iller | 50,000 | 1.11% | 1.00% |
| Craig A. Block | 53,215 | 1.18% | 1.06% |
| Jonathan R. Geller | 53,215 | 1.18% | 1.06% |
| Alpha Sales Associates | 321,278 | 7.14% | 6.43% |
| Total | 4,499,999 | 100.00% | 90.00% |
| Remaining | 500,001 | | 10.00% |
| Total Authorized | 5,000,000 | | 100.00% |