UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-61191-CIV-HUCK

MERRILL LYNCH BUSINESS
FINANCIAL SERVICES, INC.,

               Plaintiff,

vs.

FRANK L. AMODEO and
JAMES SADRIANNA,

               Defendants.
_____/



## ORDER RE-NOTICING ORAL ARGUMENT/STATUS CONFERENCE

THIS CAUSE is before the Court *sua sponte*. It is

ORDERED that the status conference/oral argument on all pending motions (except those which may have been referred to Magistrate Judge William C. Turnoff) is hereby re-set for **Monday, December 2, 2002 at 4:00 p.m.** before the undersigned. All parties/counsel shall appear in person at the hearing. It is

FURTHER ORDERED that

    1.    Defendants shall respond to Plaintiff's Motion to Strike on or before November 29, 2002.

    2.    Defendant, James Sadrianna shall advise the Court whether he is being assisted by an attorney in preparing the documents filed with this Court.

DONE in Chambers, Miami, Florida, November 20, 2002.

                                            Paul C. Huck
                                            United States District Judge

Copies furnished via fax to:
Mr. James Sadrianna 407-351-1407
John A. Anthony, Esq. 813-273-5145
Frank L. Amodeo

