UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-61191-CIV-HUCK/TURNOFF

MERRILL LYNCH BUSINESS
FINANCIAL SERVICES, INC.,

          Plaintiff,

v.

FRANK L. AMODEO and
JAMES SADRIANNA,

          Defendants.  /



FILED by ___ D.C.

MAR 21 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## OMNIBUS ORDER

THIS CAUSE came before the Court on the following motions:

Defendant, Amodeo's Motion for More Definite Statement [DE #6-1];

Defendant, Sadrianna's Motion for Order Requiring Joinder of Persons [DE #11-1];

Defendant, Sadrianna's Motion to Transfer Action to Bankruptcy Court [DE #11-2];

Defendant, Amodeo's Motion to Dismiss for Lack of Venue [DE #17-1];

Defendant, Amodeo's Motion to Request Joinder of Indispensable Parties [DE #20-1];

Defendant, Amodeo's Motion to Transfer Action to Bankruptcy Court [DE #21-1];

Plaintiff's Motion to Strike [DE #34-1];

Plaintiff's Motion for Sanctions [DE #54-1];

Plaintiff's Motion to Strike Defenses of Amodeo and Sadrianna [DE #65-1].

Upon review of the motions, the parties' respective memoranda of law and pertinent portions of the record, the Court renders the following order:

    ORDERED AND ADJUDGED that:

    1.    Defendant, Amodeo's Motion for More Definite Statement [DE #6-1] is hereby DENIED.

2. Defendant, Sadrianna's Motion for Order Requiring Joinder of Persons [DE #11-1] is DENIED.

3. Defendant, Sadrianna's Motion to Transfer Action to Bankruptcy Court [DE #11-2] is DENIED as moot because it was withdrawn.

4. Defendant, Amodeo's Motion to Dismiss for Lack of Venue [DE #17-1] is DENIED as moot because it was withdrawn.

5. Defendant, Amodeo's Motion to Request Joinder of Indispensable Parties [DE #20-1] is DENIED.

6. Defendant, Amodeo's Motion to Transfer Action to Bankruptcy Court [DE #21-1] is DENIED as moot because it was withdrawn.

7. Plaintiff's Motion to Strike [DE #34-1] is DENIED.

8. Plaintiff's Motion for Sanctions [DE #54-1] is DENIED. The parties shall proceed in accordance with the Court's rulings and parties' stipulations announced in open court on March 20, 2003.

9. Plaintiff's Motion to Strike Defenses of Amodeo and Sadrianna [DE #65-1] is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida this 21st day of March, 2003.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel/Parties of Record