**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 02-61191-CIV-HUCK/TURNOFF**

FILED BY _____ D.C.

03 MAY 21 PM 3: 11

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.

     Plaintiff,

vs.

SIGNATURE GRAPHICS, INC.,
FRANK L. AMODEO and JAMES
SADRIANNA,

     Defendants.

_____/

## SADRIANNA'S WITNESS LIST

     The Defendant, James V. Sadrianna ("Sadrianna"), pursuant to the Court's "Order

Setting Civil Jury Trial Date and Pretrial Schedule" of March 20, 2003, hereby files its

witness list, reserving the right to supplement and amend said list upon further discovery

in this case.

## WITNESS LIST

1.  C. Leo Smith
    6290 North West 27th Way
    Ft. Lauderdale, Florida  33309

2.  Frank L. Amodeo
    2875 South Orange Avenue
    Suite 500, PMB 1810
    Orlando, Florida  32806

3.  Lorri A. Allen
    9146 Baton Rouge Dr.
    Orlando, FL 32818
    Hallandale, FL 33009



1

4.  John Doe
    Ameriplast Bank Officer
    Bank of America
    Ft. Lauderdale, FL

5.  John Anthony, Esq.
    Gray, Harris, Robinson P.A.
    201 N. Franklin St., Ste. 2200
    Tampa, FL 33601

6.  Robbin Arnold
    Commercial Finance Group
    557 N. Wymore Rd., #100
    Maitland, FL 32751

7.  Steve Bair
    9229 Lake Hickory Nut Dr.
    Winter Garden, FL 34787

8.  Richard Barrett, Esq.
    18 Wall St.
    Orlando, FL 32801

9.  Sherry Bennett, CPA
    Kapila & Company
    100 S. Federal Highway, Ste. 200
    Ft. Lauderdale, FL 33316

10. Bruce Blackton
    1302 Bryn Mawr St.
    Orlando, FL 32804

11. Craig A. Block
    Precious Index Equipment, Inc.
    700-8 Union Parkway
    Ronkonkoma, NY 11779

12. Jeff Braille
    Cornerstone Investment Group
    1141 S. Rogers Circle, Ste. 3
    Boca Raton, FL 33487

13. Paul Cinnante
    c/o Steven Cinnante
    3405 Heather Terrace
    Lauderhill, FL 33319

14. Steven Cinnante
    3405 Heather Terrace
    Lauderhill, FL 33319

15. Sarah Cinnante
    3405 Heather Terrace
    Lauderhill, FL 33319

16. Dean Clemmons
    2050 Jessup Rd.
    Oviedo, FL 32765

17. Hersilia Concha
    21346 St. Andrews Blvd.
    Boca Raton, FL 33433

18. Pilar Concha
    21346 St. Andrews Blvd.
    Boca Raton, FL 33433

19. Michael D'Angelo
    6191 NW 32SN Way
    Ft. Lauderdale, FL 33309

20. Brian Davis
    426 Turnstone Way
    Orlando, Florida 32828

21. Corporate Representative
    Toyo Ink America, Inc.
    3140 Moon Station Road
    Kennesaw, GA  30144

22. Morris Davis
    14403 Ainsdale Court
    Orlando, FL 32828

23. Mary Beth DeVita
    Bank of America
    2905 Edgewater Dr.
    Orlando, FL 32804

24. Jerry Gay
    1916 Campbell St.
    Orlando, FL 32806

25. Thomas Gay
    4141 Edgewater Dr.
    Orlando, FL 32804

26. Jonathan R. Geller
    Precious Index Equipment, Inc.
    700-8 Union Parkway
    Ronkonkoma, NY 11779

27. J. Bennett Grocock
    IVest Financial Services, Inc.
    455 S. Orange Ave., Ste.500
    Orlando, FL 32801

28. Alysa Harper
    U.S. Trustee Analyst
    135 W. Central Blvd.
    Orlando, FL 32801

29. Peter Hill, Esq.
    Wolff, Hill, McFarlin & Herron, P.A.
    1851 W. Colonial Dr.
    Orlando, FL 32804

30. Edward Hoffman
    Browning Communication
    398 S. Shell Rd.
    DeBary, FL 32713

31. Ira Horowitz
    American Banknote Corporation
    560 Sylvan Ave.
    Englewood Cliffs, NJ 07632

32. Allen F. Horton
    3514 Fairway Lane North
    Orlando, Florida  32804-2906

33. Marcia Horton
    4661 Parker Court
    Oviedo, FL 32765

34. Michael Horton
    4661 Parker Court
    Oviedo, FL 32765

35. Helen R. Cousineau
    365 Beloit Avenue
    Winter Park, Florida 32789

36. Lawrence Hyman, CPA
    307 S. Boulevard, Ste. B
    Tampa, FL 33679

37. Kirk Iller
    2873 Naples Dr.
    Winter Park, FL 32789

38. Soneet Kapila
    Kapila & Company
    100 S. Federal Highway, Ste. 200
    Ft. Lauderdale, FL 33316

39. David Kober
    American Banknote Corp.
    560 Sylvan Ave.
    Englewood Cliffs, NJ 07632

40. Kenneth Koo
    2671 Kerwood Circle
    Orlando, FL 32810

41. Howard B. Koslow
    Sun Capital, Inc.
    929 Clint Moore Rd.
    Boca Raton, FL 33487

42. James Lane, CPA
    Tedder, James, Worden & Associates
    11 S. Bumby Ave.
    Orlando, FL 32803

43. Jack Cadden, CPA
    Tedder, James, Worden & Associates
    11 S. Bumby Ave.
    Orlando, FL 32803

44. Ted Lopez
    1124 S. Bear Lake Rd.
    Apopka, FL 32703

45. Suzelle Lundy
    5159 Rebecca Ct.
    Orlando, FL 32810

46. Amanda May - Representative
    NOW Communications
    2000 Newpoint Place NW, Ste.900
    Lawrenceville, GA 30042

47. Carrie McMahon
    Bank of America
    2905 Edgewater Dr.
    Orlando, FL 32804

48. Pace McNealy
    Internal Revenue Service
    850 Trafalgar Court, Ste.200
    Stop 5331
    Maitland, FL 32751

49. Charles Meeks, CPA
    100 S. Ashley Dr.
    Ste. 1650
    Tampa, FL 33602

50. Steve Meistle
    8157 Princess Palm Circle
    Tamarac, FL 33321

51. Scott Newman
    Merrill Lynch Business Services
    222 N. LaSalle St., 17th Floor
    Chicago, IL 60601

52. Neil Normondo
    6253 Mullin St.
    Jupiter, FL 33456

53. James Orr, Trustee
    PO Box 780519
    Orlando, FL 32878-0519

54. Anne Owsianik
    3217 Feather Lane
    Kissimmee, FL 34746

55. Corporate Representative
    Pace Industries, Inc.
    1400 Industrial St.
    Reedsburg, WI 53939

56. David Pederson, Esq.
    Lownes, Drosdick, Poster, Kantor & Reed, P.A.
    PO Box 2809
    Orlando, FL 32802-2809

57. Corporate Representative
    Piedmont Plastics, Inc.
    PO Box 890216
    Charlotte, NC 28289-0216

58. Bill Porter, Esq.
    Lownes, Drosdick, Poster, Kantor & Reed, P.A.
    PO Box 2809
    Orlando, FL 32802-2809

59. Scott Rogers, Esq.
    Stump, Storey & Callahan P.A.
    37 N. Orange Ave.
    Orlando, FL 32801

60. Adrianna Ryan
    4349 NW 1st Place
    Deerfield Beach, Florida 33442

61. Juan Saa
    21906 Lake Forrest Circle
    Boca Raton, Florida  33433

62. Trevor D Hall
    2700 NW 56 Avenue
    Apt E315
    Lauderhill, Florida  33313

63. Sandra H Statner
    1213 NE 5th Street
    Pompano Beach, Florida 33060

64. George Sarafianos
    4440 NE 22nd Avenue
    Lighthouse Point, FL 33064

65. Lara Sarafianos
    4440 NE 22nd Avenue
    Lighthouse Point, FL 33064

66. Laura Palisa-Mujica
    1625 South East 3rd Avenue
    Suite 700
    Ft. Lauderdale, Florida 33316

67. Ken Scott, CPA
    2156 Huron Tr.
    Maitland, FL 32751

68. Adam Singer, CPA
    Cornerstone Investment Group
    1141 S. Rogers Circle, Ste. 3
    Boca Raton, FL 33487

69. Donna Skaro-Fuson
    9167 Ramblewood Dr.
    Coral Springs, FL 33071

70. Troy Smith
    American Reprographics
    750 Clay St.
    Winter Park, FL 32789

71. Brett Spencer
    36 Cervidae Dr.
    Apopka, FL 32703

72. Scott Spradley, Esq.
    Gray, Harris, Robinson P.A.
    301 E. Pine St., Ste. 1400
    Orlando, FL 32801

73. Miriam Suarez, Esq.
    U.S. Trustee's Office
    135 W. Central Blvd.
    Orlando, FL 32801

74. Susan Ann Thompson
    833 Greens Ave.
    Winter Park, FL 32789

75. Hugh K. Tollison
    PO Box 937
    Fernandina Beach, FL 32034

76. Corporate Representative
    9278 Distributors
    1942 Williamsbridge Rd.
    Bronx, NY 10461

77. Corporate Representative
    Skytel Representative
    468 Woodbury Pines
    Orlando, FL 32828

78. Corporate Representative
    Miami Quality Graphics
    3705 NW 51st St.
    Miami, FL 33142

79. Corporate Representative
    Card USA, Inc.
    201 N. Ocean Dr.
    Hollywood, FL 33019

80. Corporate Representative
    Federal Express Representative
    PO Box 1140
    Memphis, TN 38101-1140

81. Corporate Representative
    Scratch Off Systems
    7324 Valley View Dr.
    Cleveland, OH 44131

82. Any and all individuals listed by Plaintiff Merrill Lynch's and Defendant Frank
    Amodeo's as supplemented and amended, Exhibit List, or formal or informal
    discovery that is ongoing in this action.

83. Any and all individuals necessary to rebut or impeach the testimony of any
    witness called by Plaintiff Merrill Lynch.

The Defendant, James V. Sadrianna ("Sadrianna"), pursuant to the Court's "Order Setting Civil Jury Trial Date and Pretrial Schedule" of March 20, 2003, hereby files its witness list, reserving the right to supplement and amend said list upon further discovery in this case.

Sadrianna reserves the right to supplement and amend said list upon further discovery in this case.

Respectfully submitted,

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836
Phone          407-351-5033
Facsimile     407-351-1407

I HERBY CERTIFY that the foregoing motion, has been furnished by Priority Mail this 19th day of May, 2003 to Counsel for Merrill Lynch, John A. Anthony, Esquire, Gray, Harris, Robinson, P.A., 201 N. Franklin Street, Suite 2200, Tampa, Florida 33601, Frank L. Amodeo at, 2875 S. Orange Avenue, Suite 500 PMB 1810, Orlando, FL 32806. Sadrianna as registered agent of Signature has been sending motions for Signature Graphics, Inc. to Michael Horton at 4661 Parker Court, Oviedo, Florida 32765. Mr. Horton was former Chairman/President and Director of Signature and a major shareholder.

James Sadrianna