UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-61191-CIV-HUCK

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.

Plaintiff,

vs.

FRANK L. AMODEO AND JAMES
SADRIANNA,

Defendants.

FRANK L. AMODEO

Counterclaim Plaintiff

Vs.

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.

Counterclaim Defendant

FRANK L. AMODEO

Third Party Plaintiff

Vs.

C. LEO SMITH, GEORGE SARAFIANOS, MICHAEL D'ANGELO,
STEVEN CINNANTE AND PAUL CINNANTE

Third Party Defendants

FRANK L. AMODEO

Crossclaim Plaintiff

Vs.

SIGNATURE GRAPHICS, INC.

Crossclaim Defendant
_____/

Motion For Summary Judgment

## **MOTION FOR SUMMARY JUDGMENT**

Comes Now Frank L. Amodeo ("Amodeo") and files this Amodeo's Motion for Summary Judgment showing the Court in support of said motion:

1.

On August 22, 2002 Merrill Lynch filed a complaint against Frank L. Amodeo and James Sadrianna.

2.

After a multitude of preliminary motions and discovery, Merrill Lynch amended the original complaint on April 9, 2003 (hereinafter referred to as the "Complaint").

3.

This motion addresses Count I of the Complaint.

4.

This Count alleges Amodeo is the alter-ego of Signature Graphics, Inc., thus imputing to Amodeo the actions of Signature Graphics, Inc.

5.

As set forth in the brief and affidavit filed in support of this motion, no genuine issues of fact are in controversy which are material to this count.

6.

Judgment should be granted in favor of Amodeo pursuant to Rule 56.

Wherefore Amodeo respectively requests the Court grant judgment in Amodeo's favor on Count I of the Complaint; alternatively dismiss the Complaint with prejudice and such other further relief as the Court deems appropriate, fair or equitable.

Respectfully submitted,

Frank L. Amodeo
2875 S. Orange Ave., Ste. 500
PMB 1810
Orlando, FL 32806
(407) 855-0055

I certify the foregoing notice as been sent by first class mail this 12th day of July, 2003 to:

Mr. James Sadrianna
10025 Chatham Oaks Court
Orlando, Florida 32836

Mr. Morris Davis
14403 Ainsdale Court
Orlando, Florida 32828

Richard Lee Barrett, Esq.
Barrett, Chapman & Ruta, P.A.
18 Wall Street
Orlando, Florida 32801
Counsel for Michael Horton, Kenneth Koo
and Thomas Gay

Christopher Todd Hill, Esq.
Scarborough, Hill & Rugh, P.L.
200 S. Orange Avenue, Suite 2210
Orlando, Florida 32801
Counsel for Kenneth J. Scott, Steve Bair and
Andrew Dean Clemmons

Kenneth S. Pollock, Esq.
Newman, Pollock & Klein, LLP
2101 N.W. Corporate Blvd., Suite 414
Boca Raton, Florida 33431
Counsel for Adam Runsdorf

Ms. Christine Hoke, Esq.
Gray, Harris, Robinson P.A.
201 N. Franklin Street, Suite 2200
Tampa, Florida 33601
Counsel for Merrill Lynch

Frank L. Amodeo