UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-61191-CIV-HUCK/TURNOFF

MERRILL LYNCH BUSINESS FINANCIAL
SERVICES, INC.

Plaintiff

v.

FRANK L. AMODEO, JAMES SADRIANNA
and SIGNATURE GRAPHICS, INC.

Defendants.
_____/



## NOTICE OF COMBINED RESPONSE TO SUBPEONA DUCES TECUM AND REQUEST FOR PROTECTIVE ORDER

COMES NOW Credix Corporation ("Credix") by and through Frank L. Amodeo ("Amodeo") and files this objection to Merrill Lynch Business Financial Services, Inc. ("Merrill") subpoena duces tecum showing the Court Merrill's request is:

1. Overbroad, overreaching and irrelevant to the proceeding,

2. Requests information privileged and confidential between persons not party to this action,

3. Has already been provided in other discovery requests,

4. Is available to Merrill through other means no more burdensome to Merrill and less burdensome to Credix, and

5. Any other appropriate objection in law or equity.

6. The service of process was made on July 9, 2003 and received by Amodeo on July 12, 2003. Therefore, delivery is not required until August 2, 2003.

217

Without waiving any of the foregoing objections in order to facilitate the conclusion of this proceeding, Amodeo as agent for Credix answers as follows:

Credix has never received any assets or payments in cash or kind from Smith International Enterprises, Inc. or Signature Graphics, Inc. Therefore, no possible relevancy can be gained from Credix business records.

The only contracts between Credix and Signature Graphics, Inc. have already been produced to Merrill; which are:

1. Credix Merger and Acquisition consulting agreement and
2. Conversion of the fees arising from this agreement into common stock of Signature Graphics, Inc.

Credix also sent a series of letters to Signature Graphics, Inc. directors suggesting directors formally wind-up Signature Graphics, Inc. affairs. Copies of these were sent contemporaneously to Merrill, bankruptcy Trustee and others.

For emphasis, Credix never received any cash payments or in-kind payments for services or otherwise from Smith International Enterprises, Inc. or Credix, thus Credix matters cannot be relevant to this proceeding.

Respectfully Submitted,

Frank L. Amodeo
2875 S. Orange Ave.
Ste. 500, PMB 1810
Orlando, FL 32806

I certify the foregoing notice as been sent by first class mail this 21st day of July, 2003 to:

Mr. James Sadrianna
10025 Chatham Oaks Court
Orlando, Florida 32836

Mr. Morris Davis
14403 Ainsdale Court
Orlando, Florida 32828

Richard Lee Barrett, Esq.
Barrett, Chapman & Ruta, P.A.
18 Wall Street
Orlando, Florida 32801
Counsel for Michael Horton, Kenneth Koo
and Thomas Gay

Kenneth S. Pollock, Esq.
Newman, Pollock & Klein, LLP
2101 N.W. Corporate Blvd., Suite 414
Boca Raton, Florida 33431
Counsel for Adam Runsdorf

Christopher Todd Hill, Esq.
Scarborough, Hill & Rugh, P.L.
200 S. Orange Avenue, Suite 2210
Orlando, Florida 32801
Counsel for Kenneth J. Scott, Steve Bair and
Andrew Dean Clemmons

Ms. Christine Hoke, Esq.
Gray, Harris, Robinson P.A.
201 N. Franklin Street, Suite 2200
Tampa, Florida 33601
Counsel for Merrill Lynch

_/s/ Frank L. Amodeo_
Frank L. Amodeo